**No. 25-3493**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

STATE OF CALIFORNIA,

*Plaintiff-Appellant*,

v.

DONALD J. TRUMP et al

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:25-cv-03372
Hon. Jacqueline Scott Corley

---

**MOTION OF ROBERT LACAMBRA
TO INTERVENE AS DEFENDANT/APPELLEE**

---

Defendant Intervenor, In Pro Per
Currently In Transition
Requests Correspondence Via Email
robertsjusticetv@gmail.com
(657) 200-5550

**TABLE OF CONTENTS**

**Page**

LEGAL AUTHORITIES                                                    2

STATEMENT OF ISSUES TO BE DECIDED                                    2

INTRODUCTION                                                         3

STATEMENT OF FACTS                                                   4

ARGUMENT                                                             7

  I.   DEFENDANT-INTERVENOR IS ENTITLED TO INTERVENE AS OF
      RIGHT                                                   8

   A. THE MOTION TO INTERVENE IS TIMELY                           8

   B. DEFENDANT-INTERVENOR HAS SIGNIFICANT PROTECTABLE
      INTEREST IN THE OUTCOME OF THIS APPEAL                   8

   C. DEFENDANT-INTERVENOR'S INTERESTS MAY BE IMPAIRED   10

   D. DEFENDANT INTERVENOR'S INTERESTS ARE ADEQUATELY
      REPRESENTED                                             10

II. PERMISSIVE INTERVENTION IS ALSO APPROPRIATE                     11

CONCLUSION                                                          11

CERTIFICATE OF COMPLIANCE                                           13

CERTIFICATE OF SERVICE                                              14

ADDENDUM                                                            15

2

## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Bates v. Jones,*
127 F.3d 870, 873 (9th Cir. 1997)                          7


*Berger v. North Carolina State Conference NAACP,*
597 US 179 (Supreme Court 2022)                          2,11


*Wilderness Soc'y v. U.S. Forest Service,*
630 F.3d 1173, 1179 (9th Cir. 2010)                          7


**Rules**

FRCP 24                                                            7,8

FRCP 24(a)(2)                                                     2,7,11

FRCP 24(b)(1)                                                      7

FRCP 24(b)(3)                                                      7

May it please the Court, Proposed Defendant-Intervenor Robert Lacambra (*"ROBERT"*) respectfully submits this Motion to Intervene for the Court's consideration and approval. Plaintiff State of California and Governor Gavin Newsom (collectively *"CALIFORNIA"*) sues Defendant Donald J. Trump et al (collectively *"TRUMP ADMINISTRATION"*) over recently implemented tariff policies seeking its reversal. *"ROBERT,"* who suffers from chronic homelessness, contends that *"CALIFORNIA's"* lawsuit is ill-considered and will only continue policies that cause the rampant proliferation of deadly drugs affecting the homeless and indigent population in the state.

Although already dismissed by the district court, this instant case is poised for consolidation with other lawsuits that were likewise filed to challenge the same tariff policies. The novel issues the cases collectively present should see it percolate up to the US Supreme Court. The unique perspective this intervention provides is a critical voice that must be heard and considered. Furthermore, it will promote informed circuit court decision making tempered by personal experiences of actually living on the streets.

## LEGAL AUTHORITIES

This motion invokes Federal Rules of Civil Procedure Rule 24(a)(2) which

provides:

Rule 24. Intervention
(a) Intervention of Right. On timely motion, the court must permit anyone to
intervene who:
>    (1) is given an unconditional right to intervene by a federal statute; or
>    (2) claims an interest relating to the property or transaction that is the subject
>    of the action, and is so situated that disposing of the action may as a
>    practical matter impair or impede the movant's ability to protect its interest,
>    unless existing parties adequately represent that interest.


In 2022, the US Supreme Court clarified the provisions of the statute, holding:

>    "[T]he Rule provides that a "court must permit anyone to intervene" who,
>    (1) "[o]n timely motion," (2) "claims an interest relating to the property or
>    transaction that is the subject of the action, and is so situated that disposing
>    of the action may as a practical matter impair or impede the movant's ability
>    to protect its interest," (3) "unless existing parties adequately represent that
>    interest." (*Berger v. North Carolina State Conference NAACP*, 597 US 179 -
>    Supreme Court 2022 at 2201)


## STATEMENT OF ISSUES TO BE DECIDED

1.  Whether *"ROBERT's"* Motion to Intervene as Defendant-Intervenor meets

    the standard established in *Berger v. North Carolina State Conference*

    *NAACP* that " … his interest may be practically impaired or impeded" if

    without his intervention.

## INTRODUCTION

This Motion for Intervention is grounded on universally accepted truths:

1. China is a major source of fentanyl, synthetic drugs and essential ingredients.

2. Narco-cartels based in Mexico and Canada source ingredients from China to manufacture illegal synthetic narcotics.

3. Narco-cartels, using human mules and other modes of transport, smuggle a variety of drugs into the USA on a periodic basis.

4. Trafficking routes used by the narco-cartels include crossing the US-Mexico and US-Canada borders and unloading their illicit merchandise in cities across the USA.

5. Substance abuse has a direct relationship with homelessness and indigence.

6. California has the highest number of homeless population in the country.

7. California's "Sanctuary State Status" invites criminality including drug smuggling.

8. The Trump Administration's tariff policies imposed on China, Mexico and Canada pressured those countries to take stronger actions against the drug trade.

9. Compelled by the tariffs, Mexico and Canada have committed significant resources to stem the flow of drugs from their countries to the US.

3

10. California's lawsuit seeks to normalize commercial relations with China, Mexico and Canada without regard to the rampant drug problem and its attendant effects.

11. Pre-tariff, and with an open border policy, California was ineffective in reducing the flow of drugs smuggled from Mexico and Canada.

12. California has been ineffective in reducing homelessness in the state.

13. California's "Sanctuary State Status" prohibits cooperation with federal authorities on a range of law enforcement matters, especially when the subject is an immigrant.

14. Proposed Defendant-Intervenor Robert Lacambra, who suffers from chronic homelessness, may not be able to shield himself from conditions that the outcome of this appeal may bring, requiring his advocacy.

**STATEMENT OF FACTS**

Plaintiff *"CALIFORNIA"* filed suit against the *"TRUMP ADMINISTRATION"* seeking declaratory judgment invalidating as unconstitutional and void the tariffs that it has levied via Executive Orders ("EO") against China, Mexico and Canada (ECF #1, Footnote ## 5, 6 & 7). The tariffs imposed by the *"TRUMP ADMINISTRATION"* engendered very tough demands for those countries to develop anti-drug policies and to undertake actions to stop

4

the flow of illegal narcotics into the US. The effects of which directly impacts the homeless population in the state.

In the 12-month period ending December 31, 2024, around 80,400 people died from drug overdose at a rate of 220 deaths per day.[1] Evidence shows that substance abuse and homelessness have a direct relationship to each. According to The 2024 Annual Homelessness Assessment Report published by The Department and Urban Development 48 out of every 10,000 individuals in California are experiencing homelessness. The same report also states that the State of California has the highest population of homeless in the country totaling 187,084 individuals.[2]

Proposed Defendant-Intervenor *"ROBERT"* is long-time resident of south Orange County, California. For 14+ years, from 2007 until 2022, he was homeless living intermittently on the streets, and vehicles whenever possible. The last 3 years he has been living in an inoperable fixer-upper motorhome parked on a private lot. On March 9, 2025 *"ROBERT"* was served a complaint for Unlawful Detainer seeking his removal from the lot. On April 5, 2025 Superior Court Judge Hon. Carmen Snuggs-Spraggins agreed with *"ROBERT's"* arguments and quashed

---

[1] In the 12-month period ending December 31, 2024, around 80,400 people died from drug overdose at a rate of 220 deaths per day.
https://en.wikipedia.org/wiki/United_States_drug_overdose_death_rates_and_totals_over_time
[2] California has the highest number of people experiencing homelessness in 2024. (HUD 2024 AHAR Report to Congress at page 8)
https://www.huduser.gov/portal/sites/default/files/pdf/2024-AHAR-Part-1.pdf

the service of summons and complaint (EXHIBIT B). The threat of homelessness has not subsided, only temporarily given respite until a new complaint is refiled. His current situation and hardships that spring from it can fairly be attributed to policies adopted by *"CALIFORNIA."* The state's policies place powerful impediments for those so-situated wishing to lift themselves from poverty.

*"CALIFORNIA"* has policies that are largely ineffective in its fight to end homelessness in the state. It has also been unable to stem the flow of drugs from both the southern and northern borders. *"CALIFORNIA's"* complaint advocates for normalized relations with China, Mexico and Canada without consideration for the pervasive influence of the narco trade originating from those countries. Policies instituted by *"CALIFORNIA"* and neighboring countries before the Trump tariffs have been dismal in stopping the deadly scourge.

This motion seeks to present perspectives based on relevant experiences. Any person experiencing indigence or chronic homelessness cannot walk streets without being subjected to a panoply of dangers specific to the condition. Even on a bicycle, the preferred mode of transportation for *"ROBERT,"* he must hold his breath for distances to avoid inhaling the potentially harmful invisible fog emanating from paraphernalia used by substance abusers. He worries about the powerful effects of synthetic drugs that could kill with only miniscule amounts (See *ROBERT's* Declaration EXHIBIT A). Conditioned by *"CALIFORNIA's"* lax

6

policies, substance abusers no longer even hide, expecting to be ignored when loading up or shooting up in public. The pressure exerted by the *"TRUMP ADMINISTRATION"* on our neighbors and China seek to go to the root of the problem, the supply source. A reversal of the tariff policies would only return the state to the same conditions it fails to confront.

## ARGUMENT

Rule 24 of the Federal Rules of Civil Procedure governs an intervention on appeal. *Bates v. Jones, 127 F.3d 870*, 873 (9th Cir. 1997). In determining whether intervention is appropriate, this Court "follow[s] 'practical and equitable considerations' and construe[s] the Rule 'broadly in favor of proposed intervenors,' . . . because a liberal intervention policy 'serves both efficient resolution of issues and broadened access to the courts.'" *Wilderness Soc'y v. U.S. Forest Service*, 630 F.3d 1173, 1179 (9th Cir. 2010) (citations omitted).

Proposed Intervenor satisfies the requirements for intervention as of right under Rule 24(a)(2). Alternatively, he also satisfies the requirements for permissive intervention under Rule 24(b)(1),(3).

*"ROBERT"* argues for participation as intervenor as follows:

I.  **DEFENDANT-INTERVENOR APPLICANT IS ENTITLED TO INTERVENE AS OF RIGHT**

    **A. The Motion to Intervene is timely.**

Meet & Confer communications started the day after the filing of the complaint. Direct communications with counsel for *"CALIFORNIA"* began on April 17, 2025 via email followed by a video conference on April 24, 2025 Counsel for the *"TRUMP ADMINISTRATION"* responded via email on April 25, 2025. *"CALIFORNIA"* and the *"TRUMP ADMINISTRATION"* both stated that they would oppose the Motion to Intervene. In the intervening days a Motion for Transfer was docketed (ECF #9), but dismissed for lack of jurisdiction (ECF #63). Rule 24 only requires that the motion be filed timely, which in this instance cannot be disputed.

    **B. Defendant-Intervenor has a significant protectable interest in the outcome of this appeal.**

The complaint filed by *"CALIFORNIA"* seeks to reverse the Trump tariffs and the normalization of trade between the US and the triumvirate of China, Mexico and Canada. However, *"CALIFORNIA's"* pre-tariff policies had been woefully inadequate in stemming the flow of dangerous drugs directly impacting the homeless population in the state. In fact, because of policies such as "Sanctuary

State Status," *"CALIFORNIA"* encourages criminality including drug smuggling by narco-traffickers based in our neighboring countries.

As a resident of California who experiences chronic homelessness, *"ROBERT"* has an interest in the policies that *"CALIFORNIA"* adopts on this matter. He cannot escape being exposed to the conditions that drugs and homelessness create. Through its complaint challenging the *"TRUMP ADMINISTRATION's"* tariff policies, *"CALIFORNIA"* seeks the reversal of the pre-tariff policies and negating the anti-drug provisions of the Trump Tariffs.

Moreover, a recent filing by the *"TRUMP ADMINISTRATION"* seeking the transfer of the case to the Court of International Trade signals a desire to emphasize the transactional aspect of the case. *"ROBERT"* seeks to advocate for the social aspect of the controversy, particularly the homelessness problem and its evil cohort substance abuse.

With such posturing, both *"CALIFORNIA"* and the *"TRUMP ADMINISTRATION"* shows that intervention by someone versed in the highly nuanced issue of homelessness through personal experience is not only essential but demanded.

**C. Defendant-Intervenor's interests may be impaired.**

The lawsuit between *"CALIFORNIA"* and the USA, by and through the *"TRUMP ADMINISTRATION"* exemplifies the tensions that exist between the state and federal governments. This paradigm has continued to hamper effective law enforcement efforts to prevent, to interdict and to stop the illegal smuggling of illicit drugs into the country. This failure has proven to be fatal to a disproportionate number of homeless and indigent. If the current drug and homelessness conditions persist, *"ROBERT"* and others similarly-situated will continue to be exposed to the compromising and dangerous situations it presents.

**D. Defendant-Intervenor's interests are not adequately represented.**

Despite tariff policies that specifically target narco-trafficking, the *"TRUMP ADMINISTRATION"* cannot adequately represent or protect the interest of *"ROBERT"* and the impoverished and chronically homeless population affected by the smuggled drugs. Most interdiction programs are delegated to the states and their localities. Efforts to affect homelessness are likewise conducted and managed by state, county and local governments.

Moreover, *"CALIFORNIA's"* policies that include "Sanctuary State Status" have presented themselves as potent bars in the federal government's enforcement of relevant laws. Without the Court's permission for intervention these issues will

10

only enter the arguments in a passive voice lacking necessary advocacy and the interest will certainly be impaired.

## II.     PERMISSIVE INTERVENTION IS ALSO APPROPRIATE.

With the arguments advanced thus far, the Court need not reach the question of whether it should grant intervention permissively. However, if it does, granting so would be wholly appropriate.

## CONCLUSION

The *Berger Court* has held that the test for intervenors' participation in a case is "minimal," holding:

> "Rule 24(a)(2) promises intervention to those who bear an interest that may be practically impaired or impeded "unless existing parties adequately represent that interest." In some cases, too, this Court has described the Rule's test as presenting proposed intervenors with only a minimal challenge." (*Berger v. North Carolina State Conference NAACP*, 597 US 179 - Supreme Court 2022 at 2203)

*"ROBERT"* meets and exceeds the standards providing this Court good cause to allow him to intervene and advocate for himself and indirectly the homeless, indigent and others similarly situated affected by the drug trade.

11

Respectfully submitted,

Dated: June 11, 2025


/s/ Robert Lacambra

ROBERT LACAMBRA

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 8. Certificate of Compliance for Briefs

**9th Cir. Case Number 25-3493**

I am the attorney or self-represented party.

**This brief contains 3,306 words,** including Robert Lacambra's Declaration and every page with words printed on the page.

I certify that this brief *(select only one)*:

[ X ] complies with the word limit of Cir. R. 32-1.

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[ ] is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
　　[ ] it is a joint brief submitted by separately represented parties.
　　[ ] a party or parties are filing a single brief in response to multiple briefs.
　　[ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Dated: June 11, 2025**

**/s/ Robert Lacambra**
**ROBERT LACAMBRA - Defendant Intervenor, In Pro Per**

13

## CERTIFICATE OF SERVICE

U.S. Court of Appeals Docket No. 25-3493

I, Robert Lacambra, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the "ELECTRONIC DOCUMENT SUBMISSION SYSTEM FOR PEOPLE WITHOUT LAWYERS" on June 11, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: June 11, 2025

/s/ Robert Lacambra

ROBERT LACAMBRA

**ADDENDUM**

**(EXHIBITS LIST)**

EXHIBIT A - DECLARATION OF ROBERT LACAMBRA

EXHIBIT B - ORDER TO QUASH SERVICE OF SUMMONS

EXHIBIT C - COPIES OF RECEIPTS (SUPER WALMART)

# EXHIBIT A

## DECLARATION OF ROBERT LACAMBRA

## IN SUPPORT OF HIS

## MOTION LEAVE OF COURT TO INTERVENE

I, Robert Lacambra, declare as follows:

1. I am a Proposed Defendant-Intervenor pursuing this appeal in pro per. Unless otherwise stated, I have personal knowledge of the matters stated in this Declaration and if called upon by the Court could and would competently testify under oath to the matters that I have set forth herein.

2. I have been a resident of Southern California since 1983. In recent times I have encountered chronic homelessness which led me to intermittently live on the streets for 14+ years, from December 2008 until April 2022. In the last 3 years, I have lived in an inoperable fixer-upper motorhome parked on a private lot.

3. On March 9, 2025 my landlord served me a complaint and summons for an "Unlawful Detainer Lawsuit" seeking my removal from his property. In the intervening weeks, the complaint was countered with a "Motion to Quash." The Court, presided by the Hon. Carmen Snuggs-Spraggins, sided with my arguments and granted my motion quashing the complaint and summons. A

true and correct copy of a document entitled Minutes Order is attached
herewith as EXHIBIT B

4. Although the eviction is temporarily averted, the threat of another lawsuit
seeking my removal from the property is a distinct possibility. At the present
time, I am entertaining the scenario that may require me to live on the streets
once more. The recent court order will certainly compel my landlord to file
another lawsuit that is other than an Unlawful Detainer Action.

5. At the present time, my financial circumstances require that I commute
almost exclusively by bicycle. To procure food, I travel to the Super
Walmart on Beach Boulevard in the neighboring city of Westminster, CA. I
do so approximately 3 times a week. The route (8 miles to and fro) requires
riding on the sidewalk of Beach Boulevard for safety reasons. Being a major
thoroughfare, a population of homeless people congregate in clusters on
several locations along the way. A true and correct copy of all the receipts
from Walmart for the month of April 2025, representing 14 shopping trips is
attached herewith as EXHIBIT C.

6. Sometimes during such bicycle trips, I am required to stop in order to safely
pass groups of homeless individuals blocking the entire sidewalk on Beach
Boulevard. Many of them have substance abuse issues and consume their
drugs openly and publicly. On occasion, I have had to hold my breath,

drawing my next breath only after making distance between myself and the drug users. Returning from Walmart one afternoon, I inadvertently took a whiff of hot air emanating from one such homeless individual's drug activity. He was one of several having a drug session at the intersection. Fortunately, I did not inhale any drugs judging from how I felt afterwards. However, psychologically, it rendered me paranoid the rest of the day worried that I had taken a breath of a dangerous and potentially deadly drug. I know that only a small amount of fentanyl could prove fatal.

7. From observation, the homeless substance abusers I encounter do not smoke legal marijuana. They smoke something else that they incinerate by the use of a foil or a pipe and a butane lighter, which they eventually inhale. My research points to fentanyl and other deadly synthetic drugs. Many of the drug abusers are disheveled in unfortunate ways as to to appear as though they are on their way to their graves.

8. From my experience, the problem of drug abuse by the homeless has only increased in Southern California, creating collateral effects such as criminal activity and vagrancy creating a blight on the community. The efforts brought forth by the State of California and the federal government on the issue appear to be ineffective because of the friction that exists between

them. This particularly applies to scenarios where immigration is a factor triggering non-cooperative responses.

9. My participation as an intervenor is motivated by my desire to make streets drug free and safe, lest I return to homelessness in the future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 11th of June, 2025 in the City of Stanton, California.

/s/ Robert Lacambra

ROBERT LACAMBRA - Proposed Defendant-Intervenor, In Pro Per

# EXHIBIT B

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
Central Justice Center
700 W. Civic Center Drive
Santa Ana, CA 92702

**SHORT TITLE:** Snyder vs. Lacambra

| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2025-01452077-CL-UD-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Minute Order dated 04/04/25, Minute Order dated 03/28/25 has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. This certification occurred at Santa Ana, California on 4/4/25. Following standard court practice the mailing will occur at Sacramento, California on 4/7/25.

ROBERT LACAMBRA
10631 LEXINGTON STREET
STANTON, CA 90680

Clerk of the Court, by: _____

_____, Deputy

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 04/04/25, Minute Order dated 03/28/25, was transmitted electronically by an Orange County Superior Court email server on April 4, 2025, at 4:11:12 PM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

LAW OFFICE OF MARVIN E. VALLEJO   ROBERT LACAMBRA
MARVINE.VALLEJO@GMAIL.COM   ROBERTSJUSTICETV@GMAIL.COM

Clerk of the Court, by: _____

_____, Deputy

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 04/04/2025                TIME: 04:00:43 PM          DEPT:  C61

COMMISSIONER: Carmen D Snuggs-Spraggins
CLERK: A. Carbajal
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: None

CASE NO: **30-2025-01452077-CL-UD-CJC**      CASE INIT.DATE: 01/06/2025
CASE TITLE: **Snyder vs. Lacambra**
CASE CATEGORY: Civil - Limited          CASE TYPE: Unlawful Detainer - Residential

EVENT ID/DOCUMENT ID: 74528672
**EVENT TYPE:** Under Submission Ruling

**APPEARANCES**

There are no appearances by any party.

The Court having taken this matter under submission on March 28, 2025, and having fully considered the arguments of defendant and plaintiff, both written and oral, as well as the evidence presented, now rules as follows:

The defendant's motion to quash service of the summons and complaint is granted.

Where a complaint does not support an action in unlawful detainer, the court lacks both subject matter and personal jurisdiction. ( Green v. Municipal Court (1975) 51 Cal.App.3d 446, 451.)

Here, plaintiff alleges in the Complaint that plaintiff and defendant entered into an oral agreement wherein plaintiff agreed to hire defendant to work on the subject premises in exchange for room, board and a per diem. (ROA 8.) According to the Complaint, the room and board was in the form of plaintiff authorizing defendant to park a recreational vehicle or mobile home on the subject premises to live and to use various facilities on the premises for the duration of defendant's employment. (Id. at p. 2.) Plaintiff alleges that when he terminated defendant's employment, he demanded defendant vacate the premises by removing the recreational vehicle or mobile home and defendant failed to do so.

An unlawful detainer occurs when a tenant of real property engages in the conduct listed in Code of Civil Procedure section 1161. Moreover, termination of a tenancy in a mobile home park can occur under Civil Code section 798.55, et seq. Here, the Complaint states that defendant lived in a recreational vehicle/mobile home on plaintiff's property. As such, neither Code of Civil Procedure section 1161 nor Civil Code section 798.55 apply. Since the Complaint does not support an action in unlawful detainer the Court lacks both subject matter and personal jurisdiction.

Clerk to give notice.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 03/28/2025        TIME: 08:30:00 AM     DEPT: C61

COMMISSIONER: Carmen D Snuggs-Spraggins
CLERK: C. Vazquez
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: Deputy Hunt

CASE NO: **30-2025-01452077-CL-UD-CJC**    CASE INIT.DATE: 01/06/2025
CASE TITLE: **Snyder vs. Lacambra**
CASE CATEGORY: Civil - Limited     CASE TYPE: Unlawful Detainer - Residential

---

EVENT ID/DOCUMENT ID: 74517690,124823699
**EVENT TYPE:** Motion to Quash Service of Summons
MOVING PARTY: Robert Lacambra
CAUSAL DOCUMENT/DATE FILED: Motion to Quash Service of Summons And Complaint,
03/21/2025

---

**APPEARANCES**
Martin Vallejo, from Law Office of Marvin E. Vallejo, present for Plaintiff(s) remotely.
Robert Lacambra, self represented Defendant, present remotely.

---

Hearing held, all participants appearing remotely.

Proceedings recorded electronically. The recording equipment is functioning normally, and all of the proceedings in open court between designated times of day will be recorded, except for such matters as were expressly directed to be "off the record" or as otherwise specified.

Motion to Quash is read and considered.

The Court hears oral argument.

The Court takes this matter under submission.

---

# EXHIBIT C

**Left Receipt**

Give us feedback @ survey.walmart.com
Thank you! ID #:7VNYWHWOMGF



# Walmart

Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009044 TE# 44 TR# 03773

```
            # ITEMS SOLD 16
     TC# 2660 4575 8201 1675 0470
```

```
BANANAS         643126040110 F
   1.910 lb. @ 1 lb. /0.35         0.67 O
SK SB MED    080000519760 F        1.08 O
SK SB MED    090000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
Sk SB MED    080000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
SK SB MED    080000519760 F        1.08 O
BEN GAR VEG  054800423350 F        2.08 O
RAMEN-CHKN12 041789002310 F        4.00 O
CKOUT BAGFEE 000000011010K
    3 AT 1 FOR       0.00          0.00 O
   WAS 0.10 ea  YOU SAVED 0.10
```

```
                SUBTOTAL      19.71
                   TOTAL      19.71
            EBT SNAP TEND      19.71
              CHANGE DUE       0.00
```

```
EBT SNAP      SNAP PURCHASE
    19.71  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # U466kF043994
NETWORK ID. 000E APPR. CODE 045704
TERMINAL # 23107948
             Beg Bal    End Bal
EBT SNAP     24.78       5.07
EBT CASH      0.00       0.00
      04/01/25        09:58:56
```

**Get 50% off membership**



Enjoy free delivery & more with Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
04/01/25    09:59:12

---

**Right Receipt**

Give us feedback @ survey.walmart.com
Thank you! ID #:7VNYZOWONJO



# Walmart

Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009044 TE# 44 TR# 04783

```
            # ITEMS SOLD 17
     TC# 5334 3426 0997 7220 9349
```

```
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
SK LITE TUNA 080000495240 F        1.08 O
CHICHARRONE  073731087000 F        2.54 O
SNMAID CIN   072250020160 F        4.68 O
HONEYCOMB    884912416480 F        4.93 O
GV BTR CLUB  078742276280 F        2.98 O
CKOUT BAGFEE 000000011010K
    2 AT 1 FOR       0.00          0.00 O
   WAS 0.10 ea  YOU SAVED 0.10
```

```
                SUBTOTAL      28.09
                   TOTAL      28.09
            EBT SNAP TEND      28.09
              CHANGE DUE       0.00
```

```
EBT SNAP      SNAP PURCHASE
    28.09  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # U079y1372949
NETWORK ID. 000E APPR. CODE 004991
TERMINAL # 23107948
             Beg Bal    End Bal
EBT SNAP    297.07     268.98
EBT CASH      0.00       0.00
      04/02/25        16:17:22
```

**Get 50% off membership**



Enjoy free delivery & more with Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
04/02/25    16:17:30

# Walmart

BEN GAR VEG    054800423350 F      2.08 0
BEN GAR VEG    054800423350 F      2.08 0
RAMEN-CHKN12   041789002310 F      4.00 0
VFUS ENG POM   051000245430 F      8.98 N
CRV FEE        006813114233 F      0.60 0
CKOUT BAGFEE   000000011010K
       2 AT 1 FOR       0.00       0.00 0
    WAS 0.10 ea   YOU SAVED 0.10

                    SUBTOTAL      17.74
                       TOTAL      17.74
                EBT SNAP TEND     17.74
                   CHANGE DUE      0.00

EBT SNAP      SNAP PURCHASE
    17.74  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # 509302040244
NETWORK ID. 000E APPR. CODE 994446
TERMINAL # 20868248
            Beg Bal   End Bal
EBT CASH     0.00      0.00
EBT SNAP   268.98    251.24
      04/03/25       09:22:32

## Get 50% off membership

 Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
      04/03/25       09:22:40

SK LITE TUNA 080000495260 F      1.08 0
(partially legible items)
                                 4.00 0
                                 2.28 0
                                 1.08 0
JK                               1.08 0
JK                               1.08 0
JK                               1.08 0
JK                               1.08 0
SK SB MED    080000519760 F      1.08 0
SK SB MED    080000519760 F      1.08 0
SK SB MED    080000519760 F      1.08 0
SK SB MED    080000519760 F      1.08 0
SK SB MED    080000519760 F      1.08 0
SK SB MED    080000519760 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
CKOUT BAGFEE 000000011010K
       3 AT 1 FOR       0.00       0.00 0
    WAS 0.10 ea   YOU SAVED 0.10

                    SUBTOTAL      34.48
                       TOTAL      34.48
                EBT SNAP TEND     34.48
                   CHANGE DUE      0.00

EBT SNAP      SNAP PURCHASE
    34.48  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # U6870Y468779
NETWORK ID. 000E APPR. CODE 004001
TERMINAL # 23107948
            Beg Bal   End Bal
EBT SNAP   251.24    216.76
EBT CASH     0.00      0.00
      04/06/25       09:32:55

## Get 50% off membership

 Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
      04/06/25       09:33:02

Left receipt (faded):

Para reportar un abuso por parte de un vendedor de Walmart o reportar prácticas comerciales engañosas llame al (800) Walmart (925-6278) o visite el sitio https://corporate.walmart.com

Quejas y reclamos

2.58 N
3.82 0
4.00 0
YOU SAVED 0.10

SUBTOTAL     10.40
TOTAL     10.40
EBT SNAP TEND     10.40
CHANGE DUE     0.00

EBT SNAP          SNAP PURCHASE
10.40   TOTAL PURCHASE
ACCOUNT #~ 2187 S 0 REF # 509787554695
NETWORK ID. 000E APPR. CODE 155305
TERMINAL # 23107948
              Beg Bal   End Bal
EBT CASH     0.00      0.00
EBT SNAP  216.76    206.36
      04/07/25      13:28:51

Get 50% off membership



Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free tr

Low prices You Can Trust. Every Day.
      04/07/25      13:29:00

---

Right receipt:

Give us feedback @ survey.walmart.com
Thank you! ID #:7VNZQ8WOJ6G



Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 0P# 009043 TE# 43 TR# 00635

# ITEMS SOLD 17
TC# 8095 5906 1178 00

| Item | Code | Price | |
|------|------|-------|---|
| ARTSNO BREAD | 763946225380 | 3.82 | 0 |
| BEN GAR VEG | 054800423350 | 2.28 | 0 |
| BEN GAR VEG | 054800423350 | 2.28 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| SK LITE TUNA | 080000495260 F | 1.08 | 0 |
| VFUS ENG POM | 051000245430 F | 8.98 | N |
| CRV FEE | 006813142233 F | 0.60 | 0 |
| CKOUT BAGFEE | 000000011010K | | |
|   3 AT 1 FOR | 0.00 | 0.00 | 0 |

WAS 0.10 ea  YOU SAVED 0.10

SUBTOTAL     30.92
TOTAL     30.92
EBT SNAP TEND     30.92
CHANGE DUE     0.00

EBT SNAP          SNAP PURCHASE
30.92   TOTAL PURCHASE
ACCOUNT #~ 2187 S 0 REF # 510098198348
NETWORK ID. 000E APPR. CODE 396328
TERMINAL # 26862110
              Beg Bal   End Bal
EBT CASH     0.00      0.00
EBT SNAP  206.36    175.44
      04/09/25      17:19:24

Get 50% off membership



Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
      04/09/25      17:19:32

Give us feedback @ survey.walmart.com
Thank you! ID #:7VNZTKWONKW

# Walmart

Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009045 TE# 45 TR# 04841

# ITEMS SOLD 11
TC# 3155 5712 3778 8005 8577



| BAGUETTE | 681131091430 F | 1.49 0 |
|---|---|---|
| WAS 1.98 ea YOU SAVED 0.49 | | |
| BEN GAR VEG | 054800423350 F | 2.28 0 |
| BEN GAR VEG | 054800423350 F | 2.28 0 |
| BEN GAR VEG | 054800423350 F | 2.28 0 |
| BEN GAR VEG | 054800423350 F | 2.28 0 |
| BEN GAR VEG | 054800423350 F | 2.28 0 |
| BEN GAR VEG | 054800423350 F | 2.28 0 |
| BEN GAR VEG | 054800423350 F | 2.28 0 |
| BEN RB RICE | 054800423420 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |

```
                    SUBTOTAL       24.29
                       TOTAL       24.29
              EBT SNAP TEND        24.29
                  CHANGE DUE        0.00
```

EBT SNAP     SNAP PURCHASE
  24.29  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # 510005348654
NETWORK ID. 000E APPR. CODE 616132
TERMINAL # 21107633
          Beg Bal  End Bal
EBT CASH   0.00     0.00
EBT SNAP 175.44   151.15
       04/10/25    16:51:21

## Get 50% off membership

 **Enjoy free delivery & more with Walmart+ Assist.** Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
       04/10/25    16:51:37

---

Give us feedback @ survey.walmart.com
Thank you! ID #:7VPO7DWOMJ9

# Walmart

Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009043 TE# 43 TR# 03831

# ITEMS SOLD 25
TC# 3775 5912 3978 8509 9517



| SK LITE TUNA | 080000495260 F | 1.08 0 |
|---|---|---|
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| SK LITE TUNA | 080000495260 F | 1.08 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN BUTTERY | 054800423370 F | 2.28 0 |
| BEN RB RICE | 054800423420 F | 2.28 0 |
| BEN RB RICE | 054800423420 F | 2.28 0 |
| BEN PILAF | 054800423360 F | 2.28 0 |
| BEN JASMINE | 054800423390 F | 2.28 0 |
| CKOUT BAGFEE | 000000011010K | |
| 2 AT 1 FOR | 0.00 | 0.00 0 |
| WAS 0.10 ea YOU SAVED 0.10 | | |

```
                    SUBTOTAL       40.32
                       TOTAL       40.32
              EBT SNAP TEND        40.32
                  CHANGE DUE        0.00
```

EBT SNAP     SNAP PURCHASE
  40.32  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # U4104D790490
NETWORK ID. 000E APPR. CODE 052310
TERMINAL # 26862110
          Beg Bal  End Bal
EBT SNAP 151.15   110.83
EBT CASH   0.00     0.00
       04/14/25    15:46:17

## Get 50% off membership

 **Enjoy free delivery & more with Walmart+ Assist** Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
       04/14/25    15:46:26

Give us feedback @ survey.walmart.com
Thank you! ID #:7VP0FYWOM9D



Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009046 TE# 46 TR# 03617

```
            # ITEMS SOLD 15
       TC# 0287 7952 9864 4236 2786
```

```
ARTSNO BREAD 763946225380 F     3.82 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN PILAF    054800423360 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
BEN GAR VEG  054800423350 F     2.28 0
CKOUT BAGFEE 000000011010K
   2 AT 1 FOR      0.00          0.00 0
  WAS 0.10 ea  YOU SAVED 0.10
```

```
                SUBTOTAL      33.46
                   TOTAL      33.46
           EBT SNAP TEND      33.46
              CHANGE DUE       0.00
```

```
EBT SNAP      SNAP PURCHASE
   33.46  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # U556pI172561
NETWORK ID. 000E APPR. CODE 061660
TERMINAL # 29389024
            Beg Bal   End Bal
EBT SNAP  110.83      77.
EBT CASH    0.00       0.00
   04/16/25        16:52:5
```

**Get 50% off membership**

 Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
   04/16/25       16:53:06

Give us feedback @ survey.walmart.com
Thank you! ID #:7VP0K2WOJ6X



Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009043 TE# 43 TR# 00657

```
            # ITEMS SOLD 2
       TC# 2236 9634 5386 6016 7918
```

```
VFUS ENG POM 051000245430 F     8.98 N
CRV FEE      006811314233 F     0.60 0
CKOUT BAGFEE 000000011010K      0.00 0
  WAS 0.10 ea  YOU SAVED 0.10
```

```
                SUBTOTAL       9.58
                   TOTAL       9.58
           EBT SNAP TEND       9.58
              CHANGE DUE       0.00
```

```
EBT SNAP      SNAP PURCHASE
    9.58  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # U089qD170915
NETWORK ID. 000E APPR. CODE 052826
TERMINAL # 26862110
            Beg Bal   End Bal
EBT SNAP   77.37      67.79
EBT CASH    0.00       0.00
   04/17/25        16:43:20
```

**Get 50% off membership**

 Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
   04/17/25       16:43:28

Give us feedback @ survey.walmart.com
Thank you! ID #:7VPORJWOKJP



Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009043 TE# 43 TR# 01921

# ITEMS SOLD 16
TC# 2602 0046 2235 5460 1073

```
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
ICED AC      072320366340 F      3.58 0
VFUS ENG POM 051000245430 F      8.98 N
CRV FEE      006811314233 F      0.60 0
CKOUT BAGFEE 000000011010K
    2 AT 1 FOR       0.00        0.00 0
    WAS 0.10 ea  YOU SAVED 0.10

               SUBTOTAL     27.20
                  TOTAL     27.20
          EBT SNAP TEND     27.20
            CHANGE DUE       0.00
```

EBT SNAP      SNAP PURCHASE
   27.20  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # 510900477743
NETWORK ID. OOOE APPR. CODE 054863
TERMINAL # 26862110
             Beg Bal   End Bal
EBT CASH      0.00      0.00
EBT SNAP     67.79     40.59
        04/19/25   16:42:54

**Get 50% off membership**



Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
      04/19/25    16:43:01

---

Give us feedback @ survey.walmart.com
Thank you! ID #:7VPOZOWOL8S



Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009044 TE# 44 TR# 02637

# ITEMS SOLD 13
TC# 7202 0129 2035 5961 3073

```
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
BEN GAR VEG  054800423350 F      2.28 0
CKOUT BAGFEE 000000011010K       0.00 0
    WAS 0.10 ea  YOU SAVED 0.10

               SUBTOTAL     27.36
                  TOTAL     27.36
          EBT SNAP TEND     27.36
            CHANGE DUE       0.00
```

EBT SNAP      SNAP PURCHASE
   27.36  TOTAL PURCHASE
ACCOUNT #- 2187 S O REF # 511230059511
NETWORK ID. OOOE APPR. CODE 945338
TERMINAL # 23107948
             Beg Bal   End Bal
EBT CASH      0.00      0.00
EBT SNAP     40.59     13.23
        04/21/25   18:02:42

**Get 50% off membership**



Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
      04/21/25    18:02:50

Give us feedback @ survey.walmart.com
Thank you! ID #:7VP15GWOM2K



Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009044 TE# 44 TR# 03405

# ITEMS SOLD 13
TC# 8935 5137 3978 8600 7557

```
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
SK LITE TUNA 080000495260 F      1.08 0
CKOUT BAGFEE 000000011010K       0.00 0
   WAS 0.10 ea  YOU SAVED 0.10
                    SUBTOTAL     12.96
                       TOTAL     12.96
              EBT SNAP TEND      12.96
                 CHANGE DUE       0.00

EBT SNAP     SNAP PURCHASE
   12.96  TOTAL PURCHASE
ACCOUNT #- 2187 S 0 REF # U442pi094810
NETWORK ID. 000E APPR. CODE 013225
TERMINAL # 23107948
          Beg Bal  End Bal
EBT SNAP  13.23     0.27
EBT CASH   0.00     0.00
       04/23/25     12:16:36
```

**Get 50% off membership**



Enjoy free delivery
& more with
Walmart+ Assist
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
   04/23/25      12:16:44

---

Give us feedback @ survey.walmart.com
Thank you! ID #:7VP1X6WOKSC



Wal-Mart
714-799-0020 Mgr. SERGIO
13331 BEACH BLVD
WESTMINSTER CA 92683
ST# 02495 OP# 009049 TE# 49 TR# 02159

# ITEMS SOLD 3
TC# 3557 7479 9764 4139 3726

```
BEN JAS FAM  054800424540 F      4.18 0
BB THAI PCH  086600240630 F      1.00 0
TERIYAKI PCH 086600241070 F      1.00 0
                    SUBTOTAL      6.18
                       TOTAL      6.18
                  CASH TEND       6.25
                  CHANGE DUE      0.07
```



Get free delivery
from this store
with Walmart+

Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
   04/30/25      17:08:29