| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 18 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,

        Plaintiffs - Appellants,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

        Defendants - Appellees,

No. 25-3493

D.C. No. 3:25-cv-03372-JSC
Northern District of California, San Francisco

ORDER

Before: WARDLAW, SANCHEZ, and JOHNSTONE, Circuit Judges.

The motion (Docket Entry No. 14) to expedite is granted. The opening brief is due June 30, 2025. The answering brief is due July 28, 2025. The optional reply brief is due August 18, 2025. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The motion (Docket Entry No. 20) to intervene is denied. No motions for reconsideration, modification, or clarification of this denial will be entertained. The motion (Docket Entry No. 21) to proceed in forma pauperis is denied as moot.

The clerk will place this case on the calendar for September 2025. *See* 9th Cir. Gen. Ord. 3.3(g).