UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE STATE OF CALIFORNIA and GOVERNOR GAVIN NEWSOM, <br><br>Plaintiffs-Appellants, <br><br>v. <br><br>DONALD J. TRUMP, *et al.*, <br><br>Defendant-Appellee. | No. 25-3493 <br><br> D.C. No. 3:25-cv-03372-JSC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellee's September 4, 2025 Motion to Hold Proceedings in Abeyance is DENIED. The parties may renew the motion if the Supreme Court grants a petition for a writ of certiorari in either *Trump v. V.O.S. Selections, Inc.*, No. 25–250, or *Learning Resources, Inc. v. Trump*, No. 24–1287.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT