UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

SEP 12 2025



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

THE STATE OF CALIFORNIA and
GOVERNOR GAVIN NEWSOM,

                Plaintiffs-Appellants,

  v.

DONALD J. TRUMP, *et al.*,

                Defendant-Appellee.

---

No.    25-3493

D.C. No. 3:25-cv-03372-JSC
Northern District of California,
San Francisco

ORDER

Before: W. FLETCHER, GOULD, DE ALBA, Circuit Judges.

Appellee's September 10, 2025 Motion to Hold Proceedings in Abeyance is GRANTED. The Court will stay consideration of this case until after the Supreme Court issues a decision in *Trump v. V.O.S. Selections, Inc*., No. 25-250, and *Learning Resources, Inc. v. Trump,* No. 24-1287. The oral argument scheduled for September 17, 2025 is CANCELED.